## SUPREME TRIBE OF BEN HUR *v.* ILER.

[No. 10,668.   Filed April 1, 1921.]

From Posey Circuit Court; *Herdis F. Clements,* Judge.

Action between the Supreme Tribe of Ben Hur and Helen Iler. From the judgment rendered, the former appeals.   *Affirmed.*

*W. O. Bohannon, George F. Zimmerman* and *Roscoe U. Barker,* for appellant.
*George K. Denton,* for appellee.

PER CURIAM.—Affirmed, with ten per cent. damages.

---

## TAYLOR *v.* RITTER.

[No. 10,794.   Filed April 5, 1921.]

From Orange Circuit Court; *James L. Tucker,* Judge.

Action between James T. Taylor and Thomas B. Ritter.   From the judgment rendered, the former appeals.   *Affirmed.*

*Shirts & Talbott,* for appellant.
*Bayless Harvey,* for appellee.

PER CURIAM.—Judgment affirmed, and ten per cent. damages in favor of appellee are assessed.

---

## TUCKER *v.* McILWAINE.

[No. 10,742.   Filed April 5, 1921.]

From Decatur Circuit Court; *John W. Craig,* Judge.

Action between Joseph M. Tucker and Edna McIlwaine.   From the judgment rendered, the former appeals.   *Affirmed.*

*Hugh Wickens, John W. Osborn* and *Frank Hamilton,* for appellant.
*George L. Tremain* and *Rollin A. Turner,* for appellee.

PER CURIAM.—Judgment affirmed.